LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Cuong Cach<br>Defendant, | No. 2:10-cr-00427 KJM<br><br>ORDER EXONERATING BAIL AND RECONVEYANCE OF DEED OF TRUST |

The Defendant, CUONG CACH, having been sentenced to time served and placed on probation on August 15, 2013, and good cause appearing:

IT IS ORDERED THAT:

The Deed of Trust, previously posted as security in the matter is hereby exonerated and the Clerk of the Court or a designee is directed forthwith to exonerate the bail posed in this matter; i.e., a Deed of Trust, filed on November 9, 2010, Docket Number 54, on real property located at 8556 German Drive, Sacramento California 95828 and to prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate the bail.

Dated: August 27, 2013.

UNITED STATES DISTRICT JUDGE

///